# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF NEW YORK

*******************************************

**UNITED STATES OF AMERICA**

                                         **Criminal Action No. 5:08-MJ-358**

    **v.**

**ROBERT MURPHY,**

                    **Defendant.**

*******************************************

## ORDER FOR DISMISSAL

Pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure and by leave of court endorsed hereon, the United States Attorney for the Northern District of New York hereby dismisses the Criminal Complaint against Robert Murphy, the defendant.

The reason(s) for this dismissal are (check one or more):

    ___ Case transferred to another District

    ___ Speedy Trial Act

    ___ Defendant's cooperation

    ___ Insufficient evidence at this time

    _X_ Other:  Defendant completed pre-trial diversion

With respect to this dismissal, defendant (check one):

__X__   Consents

_____   Objects

_____   Has not been consulted

This dismissal is without prejudice.


                                              ANDREW T. BAXTER
                                              United States Attorney


                                      By:     John M. Katko
                                              Assistant U.S. Attorney
                                              Bar Roll No.


Leave of court is granted for the filing of the foregoing dismissal.


Dated:        October **5**, 2009
              Syracuse, New York      Hon. Gustave J. DiBianco
                                      United States Magistrate Judge